NEW ORLEANS
v.
GORDON.

---

## CITY OF NEW ORLEANS v. B. SALOY.

The defendant, sued for a tax bill, objected to the citation, that the advertisement by which he was cited, under the Act of the Legislature, April 15, 1853, was only once inserted in the official newspaper. The objection held not to be valid.

APPEAL from the Fifth District Court of New Orleans, *Augustin*, J. *Laville* and *Morel*, for plaintiff. *G. & C. E. Schmidt*, for defendant and appellant.

SPOFFORD, J. The objection to the citation does not seem to be sustained by the tenor of the law of April 15th, 1853, p. 86.

The other point made in the brief of appellant is too indefinitely stated; no conditions are shown to have been violated, and no specific informalities are suggested to invalidate the plaintiff's claim.

Judgment affirmed.

BUCHANAN, J., takes no part in this decision.